Ronald E. Stadtmueller, Chapter 13 Trustee  Check No. 692136
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-10871 | 031-0 | MILTON JOSEPH MANUEL<br>Original Check written to:<br>RISK MANAGEMENT ALTERNATIVES<br>P O BOX 105044<br>ATLANTA, GA  30348- | xxxx8081 | 3,522.98 | 63.95 | 0.00 | 63.95 |
| 04-20470 | 010-0 | ROBERT KING<br>Original Check written to:<br>COLLECTION SERVICE DIVISION<br>411 W FRONT ST<br>TYLER, TX  75702 | xxxxxxx6468 | 976.98 | 33.02 | 0.00 | 33.02 |
| 04-90678 | 014-0 | BRYAN EDWARD DILLARD<br>Original Check written to:<br>CINGULAR WIRELESS BANKO<br>P O BOX 309<br>PORTLAND, OR  97207-0309 | xxxxxxxx6273 | 1,427.59 | 75.72 | 0.00 | 75.72 |
| 04-90678 | 019-0 | BRYAN EDWARD DILLARD<br>Original Check written to:<br>CINGULAR WIRELESS BANKO<br>P O BOX 309<br>PORTLAND, OR  97207-0309 | xxxxxxxx0660 | 824.22 | 43.72 | 0.00 | 43.72 |
| 08-10181 | 003-0 | BILLIE C. MORISE<br>Original Check written to:<br>THE CIT GROUP/CONSUMER FINANCE, INC.<br>FORECLOSURE MANAGEMENT COMPANY<br>715 SOUTH METROPOLITAN AVENUE<br>OKLAHOMA CITY, OK  73108- | xxxxxxxxxxxxxxxxxxxxxxX-07 | 124.85 | 126.63 | 187.18 | 313.81 |
| 08-90288 | 009-0 | KERROY MARC THOMAS<br>Original Check written to:<br>LUFKIN FEDERAL CREDIT UNION<br>PO BOX 1723<br>LUFKIN, TX  75902- | 0024 | 13,769.00 | 0.00 | 298.57 | 298.57 |
| 08-90288 | 010-0 | KERROY MARC THOMAS<br>Original Check written to:<br>LUFKIN FEDERAL CREDIT UNION<br>PO BOX 1723<br>LUFKIN, TX  75902- | 0025 | 6,450.00 | 0.00 | 139.86 | 139.86 |